## Case No. 6,770.

### HOWE v. NESBIT.

[Cited in Reed v. Reed, 31 Fed. 52. Nowhere reported; opinion not now accessible.]